IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESUS GARCIA AND OLGA LYDIA, GARCIA | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-CV-02934 |
| JOHN DOE AND ESTES EXPRESS LINES, | § § § § | |
| *Defendants.* | § § | |

## DEFENDANT ESTES EXPRESS LINES' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. 1332, 1441 and 1446, Defendant Estes Express Lines ("Defendant") files this Notice of Removal from the 215th Judicial District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division, and respectfully states the following:

### State Court Action

1. On July 22, 2022, Plaintiffs Jesus Garcia, and Olga Lydia Garcia ("Plaintiffs") initiated this action by filing Plaintiffs' Original Petition (the "Petition"), Cause No. 2022-43956, in the 215th Judicial District Court of Harris County, Texas (the "State Court Action") against Defendant and John Doe. Plaintiff asserts claims of negligence and gross negligence against Defendant and John Doe for injuries allegedly sustained by Plaintiffs in an automobile accident.

### Timeliness of Removal

2. Defendant was served with Plaintiffs' Original Petition on July 29, 2022.

3. Defendant's Notice of Removal is therefore timely pursuant to 28 U.S.C. 1446(b)

as it is filed within 30 days after the Original Petition was received by Defendant.

## Grounds for Removal

4. Pursuant to 28 U.S.C. 1441(a), the State Court Action may be removed to this Court because this Court has original jurisdiction of the claims and parties in the State Court Action under 28 U.S.C. 1332. The United States District Court for the Southern District of Texas, Houston Division, is the proper venue for this action because it presides over the district and division within which the State Court Action was filed (Harris County). *See* 28 U.S.C. 1441(a).

5. Upon information and belief Plaintiffs Jesus Garcia and Olga Lydia Garcia are resident and citizen of the State of Texas. *See* Plaintiff's Original Petition, attached hereto as **Exhibit A-2.**

6. Defendant Estes Express Lines is a Virginia corporation with its principal place of business in Richmond, Virginia. Thus, Defendant is a citizen of Virginia.

7. Complete diversity of citizenship therefore exists between Plaintiff, Defendant, Estes Express Lines and Plaintiffs.

8. The amount in controversy exceeds $75,000, excluding interest, costs, and attorney's fees. *See* Plaintiff's Original Petition, attached hereto as **Exhibit A-2**, indicating that Plaintiff seeks damages is less than $250,000.00.

## Required Documents and Information

9. In accordance with LR81, the following documents and information are hereby furnished to the clerk:

    i. A list of all parties in the case, their party type and current status of the removed case: Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions, and all

answers to such pleadings;

| Party | Party Type |
|---|---|
| Jesus Garcia and Olga Lydia Garcia | Plaintiffs |
| John Doe and Estes Express Lines | Defendants |

ii. A civil cover sheet; and certified copy of the state court docket sheet, a copy of all pleadings that assert causes of action, all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court as required by 28 U.S.C. § 1446(a), attached hereto as **Exhibit A**;

iii. All executed process;

iv. A list of all counsel of record, including addresses, telephone numbers and parties represented:

| Attorney | Bar No. | Address | Telephone No. | Party Represented |
|---|---|---|---|---|
| Rahul Lamba | 24031415 | 11211 Katy Freeway, St 250 Houston, Texas 77079 | (713) 467-7844 | Plaintiff |
| Lindsay G. Gorbach | 24059839 | 750 North Saint Paul Street, Suite 700 Dallas, Texas 75201 | (870) 926-2225 | Defendant Estes Express Lines |
| Jacqueline A. Gerber | 24082624 | 750 North Saint Paul Street, Suite 700 Dallas, Texas 75201 | (870) 926-2225 | Defendant Estes Express Lines |
| Laura E. Calloway | 24099661 | 750 North Saint Paul Street, Suite 700 Dallas, Texas 75201 | (870) 926-2225 | Defendant Estes Express Lines |
| Jessica Junek | 24106154 | 750 North Saint Paul Street, Suite 700 Dallas, Texas 75201 | (870) 926-2225 | Defendant Estes Express Lines |

**Notice of Removal**

10. Pursuant to 28 U.S.C. 1446(d), written notice of the filing of this Notice of Removal to all adverse parties and a true and correct copy of this Notice of Removal will be filed with the

Clerk of the 215th Judicial District Court of Harris County, Texas.

## Request for Relief

11.   Defendant requests the following relief:

   i.   That the Court make such orders, if any, and take such action, if any, as may be necessary in connection with the removal of the State Court Action to this Court; and

   ii.   Such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

**MAYER LLP**

By:   */s/ Lindsay G. Gorbach*
Lindsay G. Gorbach
Texas Bar No. 2355969
Jacqueline A. Gerber
Texas Bar No. 2164390

750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
(870) 926-2225
(214) 379-6939 (*facsimile*)
lgorbach@mayerllp.com
jgerber@mayerllp.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following counsel of record via electronic transmission, on August 29th, 2022:

Rahul Lamba
Texas Bar No. 24031415
Lamba & Associates, PC
11211 Katy Freeway, St 250

Houston, Texas 77079
(713) 467-7844
(713) 467-7637 (*facsimile)*
lawofficeofrahullamba@gmail.com

                                          */s/ Lindsay G. Gorbach*
                                          Lindsay G. Gorbach